7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gregg Alan Martin and Evaline Melissa Faith Martin
*Debtor*

*Bankruptcy Case No.*
14–30317–can7

**Swift Financial Corporation**
  Plaintiff(s)

*Adversary Case No.*
14–03017–can

v.

**Gregg Alan Martin**
**Evaline Melissa Faith Martin**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: judgment is entered in favor of Plaintiff and against Defendants Gregg Alan Martin and Evaline Melissa Faith Martin, jointly and severally, in the principal sum of Sixty Three Thousand Dollars ($63,000.00). Furthermore, the Court denies Debtors discharge of said amount pursuant to 11 U.S.C. § 523(a)(2)(A).



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk

Date of issuance: 4/3/15

Court to serve